ALBANY,
Feb. 1827.

THE PHŒNIX FIRE INSURANCE COMPANY *against* MOWATT.

Van Schaick
v.
Trotter.

THE defendant having put in special bail to this action, was afterwards convicted of a conspiracy, and sentenced to the *New-York* penitentiary for the term of two years.

*S. M. Hopkins,* now moved that an exoneretur be entered on the bail piece.

*S. A. Foot,* contra.

*Curia.* We have not relieved special bail in this way, by reason of their principal being in prison, unless for life, or for a long term of years in another state. (1 *John. Cas.* 28. 18 *John.* 35.) A temporary imprisonment for any cause, might as well be urged, as the ground now taken. Bail take the risk of such an event. Time, perhaps, may be given to surrender, where they are pressed with a suit; but to grant an *exoneretur* at once, for every imprisonment, would render the security worthless.

Motion denied.

*Special bail will not be discharged, because their principal is imprisoned on conviction for a crime, unless it be for life; or for a long term in another state.*